JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 885 -- In re The Butler Co./Hill's Pet Products Distribution Agreement Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/04/09 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-3) -- Filed by Deft. The Hill's Pet Products Division of Colgate-Palmolive Company -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF KANSAS -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A-F and cert. of svc. (rh) |
| 91/04/22 |  | APPEARANCE: CHARLES A. GILMAN, ESQ. for The Hill's Pet Products Division of Colgate-Palmolive Co. (rh) |
| 91/04/25 |  | APPEARANCE: ANDRE L. DENNIS, ESQ. for W.A. Butter Company (rh) |
| 91/04/30 | 2 | LETTER -- Request to file Response -- Filed by W.A. Butler Co. -- w/cert. of svc. (rh) |
| 91/04/30 | 3 | RESPONSE/MEMORANDUM --(to pldg. #1) Filed by W.A. Butler Co. -- w/Exhibits A - C and cert. of svc. (rh) |
| 91/05/06 | 4 | REPLY/MEMORANDUM -- Filed by deft. The Hill's Pet Product Division of Colgate-Palmolive -- w/cert. of svc. (sg) |
| 91/06/14 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/10 | 5 | LETTER -- supplemental information -- signed by Charles A. Gilman, attorney for deft. The Hill's Pet Products Division of Collgate-Palmolive Company -- w/service (cdm) |
| 91/07/24 |  | ORDER DEEMING MOTION MOOT AND VACATING THE JULY 26, 1991 HEARING -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

**DOCKET NO.** 885 -- **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CAPTION:** In re The Butler Co./Hill's Pet Distribution Agreement Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/24/91 | MO | | | | |

### Special Transferee Information

**DATE CLOSED:** July 24, 1991

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 885 -- In re The Butler Co./Hill's Pet Products Distribution Agreement Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | W.A. Butler Company, t/a, d/d/a The Butler Company v. Colgate-Palmolive Company, Hill's Pet Products Division a/k/a Hill's Pet Products, Inc. | N.J. Lechner | 91-CV-1189-AJL | | | | |
| A-2 | W.A. Butler Company, t/a, d/d/a The Butler Company v. Colgate-Palmolive Company, Hill's Pet Products Division a/k/a Hill's Pet Products, Inc. | Pa.,E. Fullam | 91-1882 | | | | |
| A-3 | W.A. Butler Company, t/a, d/d/a The Butler Company v. Colgate-Palmolive Company, Hill's Pet Products Division a/k/a Hill's Pet Products, Inc. | Wis.,W. Shabaz | 91-C-0326-S | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 885 -- In re The Butler Co./Hill's Pet Products Distribution Agreement Litigation

==========================================================================

W.A. BUTLER COMPANY, T/A, D/D/A THE
  BUTLER COMPANY (A-1, A-2 & A-3)
Andre L. Dennis, Esq.
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA  19103-7098


THE HILL'S PET PRODUCTS DIVISON OF
  COLGATE-PALMOLIVE COMPANY
Charles A. Gilman, Esq.
Cahill Gordon & Reindel
80 Pine St.
New York, NY  10005

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 885 -- In re The Butler Co./Hill's Pet Products Distribution Agreement Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Colgate-Palmolive Company, Hill's Pet Products Division a/k/a Hill's Pet Products, Inc. | A-1, A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |