JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 24 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

**DOCKET NO. 885**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE THE BUTLER CO./HILL'S PET PRODUCTS DISTRIBUTION AGREEMENT LITIGATION*

## ORDER DEEMING MOTION MOOT
## AND
## VACATING THE JULY 26, 1991 HEARING

    This matter is before the Panel on motion of Hill's Pet Products Division of Colgate-Palmolive Co. (Hill's) to centralize the three actions on the attached Schedule A in the District of Kansas, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. By letter dated July 9, 1991, Hill's notified the Panel that the two actions pending in the District of New Jersey and Western District of Wisconsin had been dismissed.

    IT IS THEREFORE ORDERED that the Section 1407 motion in the above-captioned litigation is DEEMED MOOT.

    IT IS FURTHER ORDERED that the Hearing Order and the attached Schedule filed on June 14, 1991, be, and the same hereby are, VACATED insofar as they relate to this litigation.

FOR THE PANEL:

John F. Nangle
Chairman

*Schedule A*

MDL-885 -- In re The Butler Co./Hill's Pet Products Distribution Agreement Litigation

    District of New Jersey

W.A. Butler Company, t/a/, d/b/a The Butler Company v. Colgate-Palmolive Company Hill's Pet Products Division a/k/a Hill's Pet Products, Inc., C.A. No. 91-CV-1189-AJL

    Eastern District of Pennsylvania

W.A. Butler Company, t/a, d/b/a The Butler Company v. Colgate-Palmolive Company, Hill's Pet Products Division a/k/a Hill's Pet Products, Inc., C.A. No. 91-1882

    Western District of Wisconsin

W.A. Butler Company, t/a, d/b/a The Butler Company v. Colgate-Palmolive Company Hill's Pet Products Division a/k/a Hill's Pet Products, Inc., C.A. No. 91-C-0326-S